IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**JUDGE R. BROOKE JACKSON**

| | |
|---|---|
| Civil Action:  14-cv-03086-RBJ | Date: February 18, 2015 |
| Courtroom Deputy:  Julie Dynes | Court Reporter:  Kara Spitler |

| *Parties* | *Counsel* |
|---|---|
| ART CORPORATE SOLUTIONS INC<br>ACTIVE RELASE TECHNIQUES LLC<br>**Plaintiffs** | *Tamir I. Goldstein* |
| v. | |
| DARYL LANEY<br>LANEY CHIROPRACTIC AND SPORTS THERAPY PA<br>NEUROMUSCULAR CORPORATE SOLUTIONS LLC<br>**Defendants** | *Christopher G. Lyster*<br>*Elizabeth K. Olson* |

### COURTROOM MINUTES

**ORAL ARGUMENT**

Court in Session:  2:03 p.m.

Appearance of counsel.

Argument given on [16] Defendants' Motion to Dismiss for Lack of Personal Jurisdiction and, Subject to Same, Motion to Transfer.

**Court in Recess:  3:05 p.m.**
**Court in Session:  3:17 p.m.**

Continued argument.

**ORDERED:   [16] Defendants' Motion to Dismiss for Lack of Personal Jurisdiction and, Subject to Same, Motion to Transfer is TAKEN UNDER ADVISEMENT, written order to issue.**

Court in Recess: 4:19 p.m.          Hearing concluded.          Total time in Court:   02:04