IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE NINA Y. WANG**

| Civil Action: | 14-cv-03086-RBJ-NYW | Date: | July 28, 2015 |
| Courtroom Deputy: | Brandy Simmons | FTR: | NYW COURTROOM C-204 |

| Parties | Counsel |
|---|---|
| ART CORPORATE SOLUTIONS, INC., ACTIVE RELEASE TECHNIQUES, LLC, | *Angela R. Whitford* |
| **Plaintiffs,** | |
| **v.** | |
| DARYL LANEY, LANEY CHIROPRACTIC AND SPORTS THERAPY, P.A., NEUROMUSCULAR CORPORATE SOLUTIONS, LLC, | *Christopher G. Lyster (via telephone)* |
| **Defendants.** | |

## COURTROOM MINUTES/MINUTE ORDER

**MOTION HEARING**

Court in Session: 2:31 p.m.

Appearance of counsel.

For the reasons stated on the record,

**ORDERED:**   **Defendants' Objections, Motion to Quash or Modify, and Motion for Protective Order to Plaintiffs' Notice of Subpoena to Produce Documents to Xtomic, LLC [50] is DENIED.**

**ORDERED:**   **Defendants' Objections, Motion to Quash or Modify, and Motion for Protective Order to Plaintiffs' Notice of Subpoena to Produce Documents to Stubenbordt Consulting, Inc. [51] is DENIED.**

**ORDERED:** **Defendants' Objections, Motion to Quash or Modify, and Motion for Protective Order to Plaintiffs' Notice of Subpoena to Produce Documents to Sabre GLBL Inc. [52] is DENIED.**

**ORDERED:** **Defendants' Objections, Motion to Quash or Modify, and Motion for Protective Order to Plaintiffs' Notice of Subpoena to Produce Documents to Linda O'Brien [53] is DENIED.**

**ORDERED:** **Defendants' Objections, Motion to Quash or Modify, and Motion for Protective Order to Plaintiffs' Notice of Subpoena to Produce Documents to Everett Johnson [54] is DENIED.**

**ORDERED:** **Defendants' Objections, Motion to Quash or Modify, and Motion for Protective Order to Plaintiffs' Notice of Subpoena to Produce Documents to Atmos Engergy Corporation [55] is DENIED.**

Plaintiff's oral motion for award of attorney's fees is DENIED.

Parties are reminded of their respective obligations under Rule 11 and 26(g) of the Federal Rules of Civil Procedure regarding positions taken either in discovery or in papers filed with the court must be well grounded in law and fact; and under Rule 37 of the Federal Rules of Civil Procedure and D.C.COLO.LCivR 7.1(a) to meet and confer in good faith prior to contacting the court for any informal discovery conference and/or filing any discovery motions.

Court in Recess: 2:40 p.m.          Hearing concluded.          Total time in Court:   00:09